UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMIR FAIZI,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | No. 1:26-cv-05112-DAD-SCR<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING |

The court has reviewed petitioner's petition for writ of habeas corpus (Doc. No. 1), motion for temporary restraining order (Doc. No. 2), respondents' answer (Doc. No. 10), and petitioner's traverse (Doc. No. 13). However, the court cannot ascertain from the current briefing whether petitioner's purported 2025 vehicle theft charge, which respondents contend subjects petitioner to mandatory detention pursuant to 8 U.S.C. § 1226(c)(1)(E), is still pending. Accordingly, the court AUTHORIZES the parties to file supplemental briefing no later than July 21, 2026, addressing whether the criminal charges purportedly brought against petitioner are still pending.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE